**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

AARON BRADLEY, LK-8658, PRO SE,

Petitioner

v.

DANIEL ANDERS, JUDGE, LISETTE
HARRIS, PRESIDENT JUDGE, SEAN
MACGREGOR, MANAGER, ERIC FEDER,
DIRECTOR, DEPUTY COURT
ADMINISTRATOR, COURT OF COMMON
PLEAS FOR PHILADELPHIA COUNTY,
PENNSYLVANIA,

Respondents

: No. 96 EM 2022

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of February, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the names of the jurists from the caption.